UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT LEE CHILDRESS, JR., | Case No. 5:24-cv-02565 WLH (ADS) |
| Petitioner, | |
| v. | ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| B. BIRKHOLZ, WARDEN, | |
| Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition (Dkt. No. 1, 3, 6), Respondent's Motion to Dismiss (Dkt. No. 15), the Order to Show Cause Re: Mootness (Dkt. No. 17), Respondent's Response to the Order to Show Cause Re: Mootness (Dkt. No. 18), the Report and Recommendation of the United States Magistrate Judge (Dkt. No. 21), and all the records and files herein. Petitioner did not file objections to the Report and Recommendation, and the deadline to do so has passed. The Court accepts the findings and recommendations of the Magistrate Judge.

Accordingly, IT IS HEREBY ORDERED:

1. The Report and Recommendation is accepted, (Dkt. No. 21);

2. Respondent's Motion to Dismiss is granted in part;

3. The Petition is denied, and this action is dismissed; and

4. Judgment is to be entered accordingly.

DATED: 8/14/2025

_____
HON. WESLEY L. HSU
United States District Judge