JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ROBERT LEE CHILDRESS, JR., | Case No. 5:24-cv-02565 WLH (ADS) |
|---|---|
| Petitioner, | |
| v. | JUDGMENT |
| B. BIRKHOLZ, WARDEN, | |
| Respondent. | |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge, the Court adjudges the Petition denied and this action dismissed.

DATED: 8/14/2025

_____
HON. WESLEY L. HSU
United States District Judge